**RIKER DANZIG LLP**
Tracey K. Wishert (Attorney ID: 041962004)
7 Giralda Farms, Suite 250
Madison, NJ 07940-1051
(973) 538-0800

Attorneys for Defendant,
Harleysville Insurance Company of New Jersey

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| 80 MAPLE AVE LLC,<br><br>          Plaintiff,<br><br>vs.<br><br>HARLEYSVILLE INSURANCE COMPANY OF NEW JERSEY,<br><br>          Defendant. | CIVIL ACTION NO. 25-cv-2878<br><br>**NOTICE OF MOTION TO SEVER AND STAY COUNT II OF PLAINTIFF'S COMPLAINT** |

**TO:** Daniel Ballard, Esq.
   Merlin Law Group, PLLC
   125 Half Mile Road, Suite 110
   Red Bank, NJ 07701

**PLEASE TAKE NOTICE** that on January 20, 2026, at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Harleysville Insurance Company of New Jersey ("Harleysville") by and through its counsel, Riker Danzig LLP, shall move before the Honorable Jose Almonte, U.S.M.J., at the United States District Court for the District of New Jersey, located at the Martin Luther King United States Courthouse, 50 Walnut Street, Newark, New Jersey 07101, for an Order Severing and Staying Count II of Plaintiff's Complaint, alleging bad faith claims handling by Harleysville. Oral argument is requested.

**PLEASE TAKE FURTHER NOTICE** that in support of this Motion, Harleysville shall rely upon the concurrently filed Legal Brief, all other papers submitted herewith, and all matters in the record or otherwise permissibly considered by the Court.
.
**PLEASE TAKE FURTHER NOTICE** that in accordance with Local Civil Rule 7.1(e), a proposed form of Order is submitted herewith.

                                        Respectfully submitted,

                                        **RIKER DANZIG LLP**
                                        Attorneys for Defendant,
                                        Harleysville Insurance Company of New Jersey

                                        By: _____
                                                      Tracey K. Wishert

Dated: December 15, 2025